**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **GERARDO MEJIA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-13-1288-R** |
| | ) | |
| **GARFIELD COUNTY JAIL ,et al.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Plaintiff filed this action pursuant to 42 U.S.C. § 1983, alleging the violation of

constitutional rights. Pursuant to 28 U.S.C. § 636(b)(1)(B), the matter was referred to United

States Magistrate Judge Charles B. Goodwin for preliminary review. On January 31, 2014,

Judge Goodwin recommended that Plaintiff's Motion for Leave to Proceed *In Forma*

*Pauperis* be denied. The Report and Recommendation was mailed to Plaintiff at the Garfield

County Jail, and returned by the United States Postal Service as undeliverable on February

13, 2014. It is incumbent on Plaintiff to inform the Court of any change of address that he

experiences, so that the Court may communicate with him about his case. *See* Local Civil

Rule 5.4(a). Because he has failed to do so, the Court does not anticipate any objection to

the Report and Recommendation, timely or otherwise. As such, the Court hereby ADOPTS

the Report and Recommendation and denies Plaintiff's motion for leave to proceed *in forma*

*pauperis*. The Court construes Plaintiff's failure to inform the Clerk of his change of address

as a lack of interest in maintaining this litigation. This lack of interest combined with the

Court's inherent power to manage judicial resources warrants dismissal of this action without

prejudice. Accordingly, the Report and Recommendation is hereby adopted to the extent it recommends denial of Plaintiff's motion, but the Court will not permit amendment of the motion or payment of the fee, choosing instead to dismiss this action without prejudice.

     IT IS SO ORDERED this 24th day of February, 2014.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE